IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MIKE REDFORD,
    Plaintiff,

v.                                  Civil No. 3:20cv784(DJN)

RALPH NORTHAM, *et al.*,
    Defendants.

**MEMORANDUM OPINION**

Plaintiff, a Georgia inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. (ECF No. 1.) To state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. *See Dowe v. Total Action Against Poverty in Roanoke Valley*, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). Courts must liberally construe *pro se* civil rights complaints to address constitutional deprivations. *Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). Nevertheless, "[p]rinciples requiring generous construction of *pro se* complaints are not . . . without limits." *Beaudett v. City of Hampton*, 775 F.2d 1274, 1278 (4th Cir. 1985). Plaintiff's Amended Complaint fails to comply with Federal Rule of Civil Procedure 8(a). Plaintiff's allegations also fail to provide each defendant with fair notice of the facts and legal basis upon which his or her liability rests. *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (stating that a complaint must "give the defendant fair notice of what the . . . claim is and the grounds upon which it rests"). Accordingly, by Memorandum Order entered on April 13, 2021, the Court directed Plaintiff to submit a particularized complaint

within fourteen (14) days of the date of entry thereof.  (ECF No. 9.)  The Court warned Plaintiff

that the failure to submit the particularized complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the April 13, 2021

Memorandum Order.  Plaintiff failed to submit a particularized complaint or otherwise respond

to the April 13, 2021 Memorandum Order.  Accordingly, the action will be DISMISSED

WITHOUT PREJUDICE.

An appropriate order shall issue.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to

Plaintiff.

_____/s/_____

David J. Novak
United States District Judge

Richmond, Virginia
Dated: May 14, 2021